## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CURTIS BARRETT**                                                                                          **PLAINTIFF**

**v.**                         **CASE NO. 3:04-CV-090 GTE**

**DOIN BOWERS, JR.**                                                                **DEFENDANT**

### ORDER

On November 2, 2005, this matter came before the Court on a jury trial. At the close of all the evidence, counsel for Defendant moved for judgment as a matter of law. For the reasons stated in open court and for good cause found, the Court granted Defendant's Motion for Judgment as a Matter of Law.

IT IS THEREFORE ORDERED that the Complaint in this case be, and it is hereby, DISMISSED with prejudice.

Dated this 7th day of November, 2005.

                                                                      _/s/Garnett Thomas Eisele_____
                                                                      UNITED STATES DISTRICT JUDGE